No. 12,994.

MacGinnis, Auditor et al. *v.* Hudson.

(6 P. [2d] 923)

Decided December 19, 1931.

Mr. Clarence L. Ireland, Attorney General, Mr. Fred A. Harrison, Deputy, Mr. John R. Wolff, Mr. Thomas A. Nixon, for plaintiffs in error.

Mr. Joseph J. Walsh, Mr. Donald F. Clifford, for defendant in error.

*En Banc.*

MR. JUSTICE ALTER delivered the opinion of the court.

THIS case was submitted and considered with *Mac-Ginnis v. Denver Land Company,* 90 Colo. 72, 6 P. (2d) 919, and the opinion therein is decisive of and controlling in this case, and necessitates a reversal herein.

The judgment is reversed, and the cause remanded with instruction to the district court to vacate its injunctive order herein, and dismiss the action at the cost of Mary A. Hudson, defendant in error herein.